UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| CAROLYN S. SIKORA, | ) | |
| | ) | |
| Plaintiff, | ) | CV. 06-544-HA |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | ORDER AWARDING EAJA ATTORNEY FEES AND COSTS |
| Defendant. | ) | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5866.81 and no expenses, shall be awarded to Plaintiff's attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412; and that costs in the amount of $350.00 shall be awarded to Plaintiff's attorney pursuant to 28 U.S.C. § 1920.   Payment shall be to Max Rae, attorney, on behalf of Plaintiff.

DATED this 16 day of April, 2007.

United States District Judge Ancer Haggerty

PRESENTED BY:
s/ Max Rae
MAX RAE, OSB #81344
Attorney for Plaintiff, Carolyn S. Sikora

Page 1 –   ORDER AWARDING EAJA ATTORNEY FEES AND COSTS
            SIKORA v. ASTRUE, CV 06-544-HA